UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN VALLE, JR. *et al*,

                 Plaintiff,

    - against -

U.S. BANK, N.A., *a/k/a* US BANCORP

                 Defendant.
------------------------------------------------------------------x
ROSLYNN R. MAUSKOPF, United States District Judge.

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**
20-CV-3082 (RRM) (SJB)

In a report and recommendation dated April 19, 2021, (the "R&R"), Magistrate Judge

Sanket Bulsara recommended that the Court dismiss the complaint without prejudice due to

plaintiff's failure to file proof of service within 90 days or show good cause for that failure.

(R&R (Doc. No. 6).)  Judge Bulsara advised the parties that they had 14 days from the date of that

R&R in which to file objections.  (*Id.*)  The R&R was electronically served on April 19, 2021 and

mailed to the *pro se* plaintiff at his Brooklyn mailing address, delivered on May 21, 2021.  To

date, neither party has filed an objection to the R&R.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has

reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety.  *See Covey v.*

*Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).  Accordingly, it is

ORDERED that the R&R is adopted in its entirety, and this action is dismissed without

prejudice.  The Clerk of Court is directed to enter judgment in favor of defendants and to close

this case.

                          SO ORDERED.

Dated:  Brooklyn, New York
        June 22, 2021

                          *Roslynn R. Mauskopf*
                         _____
                          ROSLYNN R. MAUSKOPF
                          United States District Judge